IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RIVERA,            )
                           )    2:08-cv-00324-GEB-KJM
       Plaintiff,          )
                           )    ORDER CONTINUING
   v.                      )    SCHEDULING CONFERENCE
                           )
UNITED STATES OF AMERICA;  )
MELISSA ANN JOHNSON; ROY SHUMAN, )
                           )
       Defendants.         )
_____)

The Minute Order filed April 29, 2008, rescheduled the Status (Pretrial Scheduling) Conference to commence at 9:00 a.m. on June 9, 2008. That Order required the parties to file a joint status report fourteen days prior to the scheduling conference. No timely status report was filed. The Status (Pretrial Scheduling) Conference set for June 9, 2008, is continued to August 18, 2008, at 9:00 a.m. A joint status report shall be filed no later than 14 days prior to the August 18 scheduling conference.

Lastly, the parties are warned that failure to meet a Rule 16 filing deadline could be sanctionable conduct.

Dated: May 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1