IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON RIVERA,

    Plaintiff,                                    No. CIV S-08-324 KJM

    vs.

UNITED STATES OF AMERICA, et al.,

    Defendant.                             <u>ORDER</u>

_____/

        The motion of plaintiff's counsel to withdraw came on regularly for hearing October 1, 2008. Paul Welchans appeared for plaintiff. Todd Pickles appeared for defendant United States. No appearance was made for defendant Shuman. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, having provided an opportunity for response to the court's proposal to transfer this case to the Fresno Division for the convenience of the parties, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. The motion to withdraw is granted. Plaintiff Brandon Rivera shall be substituted in propria persona. The Clerk of Court is directed to amend the Court's proof of service to reflect service on plaintiff as follows:

        Brandon Rivera
        804 E. Commercial Ave., Apt "B"
        Ridgecrest, CA   93555.

/////

1     2. Within five days from the date of this order, plaintiff's counsel shall provide
2  the court with plaintiff's telephone number and the Clerk of Court shall add the telephone
3  number to the Court's proof of service.
4     3. The Clerk of Court shall serve a copy of this order on both plaintiff's counsel
5  and plaintiff.
6     4. The status conference set before the undersigned on October 29, 2008 is
7  vacated.
8     5. Under 28 U.S.C. § 1404(a), for the convenience of the parties, this action is
9  transferred to the United States District Court for the Eastern District of California sitting in
10 Fresno.  All future filings shall reference the new Fresno case number assigned and shall be filed
11 at:
12         United States District Court
           Eastern District of California
13         2500 Tulare Street
           Fresno, CA 93721
14
15 DATED:  October 3, 2008.

_____
U.S. MAGISTRATE JUDGE

006
rivera.oah

2