# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON RIVERA, ) | NO. 1:08-CV-01497-AWI-SMS |
| Plaintiff, ) | ORDER DISMISSING COUNTER-COMPLAINT WITH PREJUDICE |
| v. ) | |
| UNITED STATES OF AMERICA, ROY SHUMAN, and DOES 1 through 100, ) | |
| Defendants. ) | |
| UNITED STATES OF AMERICA, ) | |
| Cross-Claimant, ) | |
| v. ) | |
| ROY SHUMAN, ) | |
| Cross-Defendant. ) | |

Pursuant to the stipulation filed by the parties on May 1, 2009, and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear their own costs and fees.

///

///

///

This dismissal disposes of all remaining claims, and the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

**Dated: May 13, 2009**                    **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE